UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | |
|---|---|
| ROBERT SAMUEL STRAND,<br><br>　　　　Plaintiff,<br><br>v.<br><br>JAMES HARVILLE,<br>CHRIS HARVILLE, and<br>CHARLES GOINS,<br><br>　　　　Defendants. | )<br>)<br>)<br>)　　No.:　2:21-CV-159-RLJ-CRW<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## JUDGMENT ORDER

For the reasons set forth in the Memorandum Opinion filed contemporaneously with this Order, Plaintiff's pro se complaint for violation of 42 U.S.C. § 1983 is **DISMISSED** pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

Because the Court has **CERTIFIED** in the Memorandum Opinion that any appeal from this Order would not be taken in good faith, should Plaintiff file a notice of appeal, he is **DENIED** leave to appeal *in forma pauperis*. *See* 28 U.S.C. § 1915(a)(3); Fed. R. App. P. 24. The Clerk is **DIRECTED** to close the file.

**IT IS SO ORDERED.**

　　　　　　　　　　　　　　　　　　　　　　ENTER:

　　　　　　　　　　　　　　　　　　　　　　　s/ Leon Jordan
　　　　　　　　　　　　　　　　　　　　　　United States District Judge

ENTERED AS A JUDGMENT
　s/ LeAnna R. Wilson
　CLERK OF COURT